# Court of Appeals
# of the State of Georgia

ATLANTA,___August 22, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A2130.  WILHY HARPO v. D. J. MORTGAGE, LLC.**

Wilhy Harpo, a/k/a Willie Brown, has filed a notice of appeal seeking to review several orders of the Fulton County Magistrate Court in connection with a dispossessory proceeding. But "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991).  This court may only address magistrate court matters that already have been reviewed by the state or superior court. *Westwind Corp. v. Washington Fed. Savings &c. Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

The Constitution of the State of Georgia requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988).  Accordingly, this appeal is hereby TRANSFERRED to the State Court of Fulton County.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_08/22/2012_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.